1

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
LERIN PIERCE,

                     Plaintiff,

    -against-

                     Index No.
                     16 CV 5703 (BMC)

CITY OF NEW YORK, P.O. TAQI, P.O. SONIA
BELLARDO, P.O. MERCADO, P.O. JOHN DOES
1-3,

                     Defendants.
------------------------------------------X

               January 19, 2017
               2:52 p.m.
               100 Church Street
               New York, New York

    DEPOSITION of ZEESHAN TAQI, the
the Defendant herein, taken by the
Plaintiff, pursuant to Article 31 of the
Civil Practice Law and Rules of
Testimony, and ORDER, held at the
above-mentioned time and place, before
Maryellyn Feiler, a Notary Public of the
State of New York.

```
                                                                2
1
2      A P P E A R A N C E S:
3          GREGORY S. ANTOLLINO, ESQ.
                   Attorneys for Plaintiff
4                  275 7th Avenue
                   New York, New York  10001
5
           BY: GREGORY S. ANTOLLINO, ESQ.
6
7
           NEW YORK CITY LAW DEPARTMENT
8                  Attorneys for Defendants
                   100 Church Street
9                  New York, New York  10007
10         BY: VALERIE E. SMITH, ESQ. AND CURT
               P. BECK, ESQ.
11
           ALSO PRESENT:
12         Lerin Pierce
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                         41

 1                        Z. TAQI
 2    Q.    84 is that your precinct?
 3    A.    I arrived at that location at 12:18.
 4    Q.    All right.  What is -- how does this
 5    remind you of arrival?
 6    A.    That's the radio code that we use to
 7    arrive by location.
 8    Q.    Which one?
 9    A.    1084.
10    Q.    It just happens to coincide with your
11    precinct that's why it confused me, okay.
12          And did you have a discussion with
13    either of these individuals?
14             MS. SMITH:  Objection.  Asked and
15          answered.
16    A.    I had -- Mr. Samuels stated to me Mr.
17    Pierce stole the cell phone from the
18    store.
19    Q.    Did Mr. Pierce say anything in
20    response?
21    A.    I don't remember.
22    Q.    What happened then?
23    A.    I asked for additional units to come
24    assist.
25    Q.    Okay.  And is that indicated on here
```

```
                                                             47
     1                          Z. TAQI
     2              MS. SMITH:  Objection.
     3     A.    No.
     4     Q.    Why wouldn't it be vouchered?
     5              MS. SMITH:  Objection.
     6     A.    Well, actually the receipt for the
     7     phone case.  The value of the phone case
     8     was the receipt from the store which was
     9     vouchered.
    10     Q.    Okay.  The receipt was vouchered based
    11     on Mr. Samuels accusation that it was
    12     stolen, correct?
    13              MS. SMITH:  Objection.
    14     A.    Yes.
    15     Q.    As far -- you didn't go into the
    16     store, correct?
    17              MS. SMITH:  Objection.
    18     A.    No.
    19     Q.    You didn't ask Mr. Samuels where he
    20     found the phone case, correct?
    21              MS. SMITH:  Objection.
    22     A.    No.
    23     Q.    Did you ever speak to Mr. Samuels
    24     after that day?
    25     A.    No.
```

48

1                     Z. TAQI

2   Q.   Did you recognize Mr. Pierce when you
3   saw him today?
4         MS. SMITH:  Objection.
5   A.   Yes.
6   Q.   As far as you know the phone case
7   might have been found in the store,
8   correct?
9         MS. SMITH:  Objection.
10  A.   I don't know.
11  Q.   So if you don't know it could have
12  been found by Mr. Samuels in the store?
13        MS. SMITH:  Objection.  Calls for
14  speculation.
15  A.   I don't know.
16  Q.   If you were to pick a place where Mr.
17  Samuels found the phone case it would be
18  speculative, correct?
19  A.   Yes.
20  Q.   All right.  So Mr. Samuels makes an
21  accusation against Mr. Pierce and beyond
22  with Mercado and Belardo arrive and what
23  happened then; is there any discussion,
24  withdrawn.
25        After Mercado and Belardo arrive, is

49

```
 1                    Z. TAQI
 2    there any discussion that takes place
 3    between any of the people present?
 4           MS. SMITH:  Objection.
 5    A.   Mr. Samuels stated to me that Mr.
 6    Pierce stole a phone case from his store.
 7    Q.   He said it again or?
 8    A.   Just that time when I got to the
 9    location.
10    Q.   I'm talking about after Belardo and
11    Mercado arrive what, if anything,
12    additional was discussed?
13    A.   I asked Mr. Pierce "what's going on?"
14    Q.   Did Mr. Pierce respond?
15    A.   I don't know.
16    Q.   Would it be fair to say you don't
17    remember?
18    A.   I don't remember, correct.
19    Q.   So he could have said something or not
20    you just don't recall?
21    A.   Correct.
22           MS. SMITH:  Objection.
23    Q.   After that moment what happened?
24    A.   Then I took out my handcuffs and I
25    told Mr. Pierce to turn around and I went
```

```
                                                                    50
 1                          Z. TAQI
 2   to place the handcuffs on Mr. Pierce.  At
 3   which point Mr. Pierce ran on Flatbush
 4   Avenue.
 5   Q.    So you told Mr. Pierce to turn around
 6   because you were gonna place the handcuffs
 7   on him?
 8            MS. SMITH:  Objection.
 9   A.    Yes.
10            MR. BECK:  Off the record.
11            (A discussion was held off the
12        record.)
13   Q.    You were going to put the handcuffs on
14   Mr. Pierce, why?
15   A.    Because I have the complainant stating
16   that he stole a cell phone case from his
17   store.
18   Q.    What does that mean?
19            MS. SMITH:  Objection.
20   A.    I have the complainant from the Radio
21   Shack stating that Mr. Pierce stole the
22   phone case from the store.
23   Q.    So you were putting Mr. Pierce under
24   arrest?
25            MS. SMITH:  Objection.
```

```
                                                              51
 1                         Z. TAQI
 2    A.    Correct.
 3    Q.    So he was under arrest at that point?
 4           MS. SMITH:  Objection.
 5    A.    When I told him, yes.
 6    Q.    So when you told him turn around he
 7    was under arrest?
 8           MS. SMITH:  Objection.
 9    A.    Yes.
10    Q.    And did you say "you are under
11    arrest?"
12    A.    Yes.
13    Q.    What happened then?
14    A.    Mr. Pierce ran on Flatbush Avenue.
15    Q.    Um-hmm.
16           MS. SMITH:  Is that a question?
17           MR. ANTOLLINO:  Well, no, I'm
18        just saying Mr. Pierce ran on Flatbush
19        Avenue.
20    Q.    Why don't you take out your map again?
21           MS. SMITH:  Are you asking to
22        look at an exhibit?
23           MR. ANTOLLINO:  Take out his map.
24           MR. BECK:  Are you asking him to
25        look at Exhibit G?
```

95

```
 1
 2                    C E R T I F I C A T E
 3         I, MARYELLYN FEILER, hereby certify that
 4    the Examination of said witness named in the
 5    foregoing transcript was held before me at
 6    the time and place herein named; that said
 7    witness was duly sworn before the
 8    commencement of the testimony; that the
 9    testimony was taken stenographically by
10    myself and transcribed under my direction,
11    that the party was represented by counsel as
12    appears herein;
13         That the within transcript is a true
14    record of the Examination of said witness;
15         That I that I am not connected by blood
16    or marriage to any of the parties; that I am
17    not interested directly or indirectly in the
18    outcome of this matter; that I am not in the
19    employ of any of the counsel.
20         IN WITNESS WHEREOF, I have hereunto set
21    my hand this 19th day of January, 20  .
22
23                                   _____
                                       MARYELLYN FEILER
24
25
```