1

```
1

2   UNITED STATES DISTRICT COURT

3   EASTERN DISTRICT OF NEW YORK

4   ------------------------------------------- x

5   LERIN PIERCE,

6                         Plaintiff(s),   Case No.

                                     16cv5703(BMC)

7        -against-

8   THE CITY OF NEW YORK, P.O TAQI, P.O. SONIA

    BELLARDO, P.O. MERCADO, P.O. JOHN DOES 1-3,

9

                    Defendant(s).

10

    ------------------------------------------- x

11

12

13

14       DEPOSITION of the Defendant, Sergeant Ivan

15   Mercado, taken by the Plaintiff, held at the

16   offices of New York City Law Department, 100

17   Church Street, New York, New York, on January 18,

18   2017, at 2:45 p.m., before a Notary Public of the

19   State of New York.

20

21

22

23

24

25
```

2

```
 1
 2    A P P E A R A N C E S :
 3
 4         GREGORY ANTOLLINO, ESQ.
                  Attorneys for Plaintiff(s)
 5                275 Seventh Avenue
                  Suite 705
 6                New York, New York 10001
                  gantollino@nyc.rr.com
 7
 8
 9
           NEW YORK CITY LAW DEPARTMENT
10                Attorneys for Defendant(s)
                  100 Church Street
11                New York, New York 10007
                  vsmith@law.nyc.gov
12
           BY:   VALERIE ELIZABETH SMITH, ESQ.
13                        and
           BY:   CURT BECK, ESQ.
14
15    ALSO PRESENT:
16         LERIN PIERCE
17                     xxxxx
18
19
20
21
22
23
24
25
```

```
1                        I. Mercado
2        Q    Yes, going back to this.
3        A    Can we put the pictures away now?
4        Q    Yes, we can take the pictures away.
5             MR. ANTOLLINO:  Okay, guys, a
6        little less on the chitchat, it's
7        distracting.  I'm trying to keep my
8        thoughts clear.  It's only fair to me
9        and to getting this done quickly.
10       Q    So we're going back to here.  In
11   between those fifteen minutes and the
12   chitchat, the manager is basically accusing
13   Mr. Pierce of cutting a wire and taking a
14   mobile phone case or taking a mobile phone --
15             MS. SMITH:  Objection.
16       Q    -- fair to say?
17             MS. SMITH:  Objection.
18       A    Yes.
19       Q    Did the manager have the mobile
20   phone in his hand or did he say that
21   Mr. Pierce had the mobile phone on his person
22   or took it and disposed of it someplace?
23             MS. SMITH:  Objection.
24       A    I don't remember.
25       Q    Was there any discussion between
```

```
 1                        I. Mercado
 2   the two of them?
 3              MS. SMITH:  Objection.
 4        A    Between who?
 5              MR. ANTOLLINO:  Fair objection.
 6        I'll withdraw that.
 7        Q    Was there any discussion between
 8   the manager and Mr. Pierce?
 9        A    Any discussion between the manager
10   and Mr. Pierce?
11        Q    Yes.
12        A    While I was there?
13        Q    Yes.
14        A    No.
15        Q    Who else was present other than the
16   manager, Mr. Pierce, Officer Bellardo and I
17   guess that is the end of my list?
18              MS. SMITH:  Objection.
19        A    Who else was present there when we
20   were questioning him?
21        Q    Yes.
22        A    Officer Taqi.
23        Q    Anyone else?
24        A    I don't remember anyone else.
25        Q    Was Police Officer Isaac there?
```

59

I. Mercado

1

2        A     What she said at the scene?

3        Q     Yes, during the approximate fifteen

4    minutes.

5        A     I don't remember what she said.

6        Q     Did she say anything?

7        A     I don't remember if she said

8    anything or if she said something.  I don't

9    remember.

10        Q     Did Officer Taqi say anything?

11        A     I don't remember.

12        Q     Officer Isaac, the two officer

13    Isaacs at the 84, do they have first names

14    that you know?

15        A     Yes.

16        Q     What are they?

17        A     I don't know his first name.

18        Q     Do you know either first name?

19        A     Which ones?

20        Q     We established that there are two

21    PO Isaacs at the 84, correct?

22        A     Yes.

23        Q     Is it John and Bill or do you know

24    their first names?

25        A     There is Isaac, I don't know his

64

1                        I. Mercado

2          MR. ANTOLLINO:  We will finish

3      shortly, but we're not going to rush.

4      Q     So we were at the approximate

5  fifteen to thirty minutes.

6          Do you recall anything that stands

7  out in your mind that occurred between that

8  period of time?

9          MS. SMITH:  Objection.

10     A     Between 12:15 and 12:30?

11     Q     During that approximate period of

12  time.

13     A     I remember just questioning him.

14     Q     Was Mr. Pierce under arrest at that

15  point?

16          MS. SMITH:  Objection.

17     A     No.

18     Q     Are there electric carts that

19  police officers use to drive around the city?

20          MS. SMITH:  Objection.

21     A     Electric carts?

22     Q     Yes, electric carts.

23     A     I think now they might have some.

24     Q     When you say now, when did they

25  start to use them?

67

1                          I. Mercado

2          Q    Okay, but at this point now you're

3    not certain that a crime had been committed;

4    would that be fair to say?

5               MS. SMITH:  Objection.

6          A    At the point when we were asking

7    him the questions?

8          Q    Yes.

9          A    As I remember, at that point I was

10   kind of iffy if a crime was committed or not.

11   I was still questioning him.

12         Q    It was an accusation, correct?

13              You have to answer verbally.

14         A    It was an accusation that was made

15   by the manager.

16         Q    If I accuse you of stealing my

17   bicycle, that is not the same as a crime,

18   correct?

19              MS. SMITH:  Objection.

20         A    No.

21         Q    Certain pieces have to be put

22   together, I have to prove it in some way or

23   another, correct?

24         A    Yes.

25              MS. SMITH:  Objection.

```
1                         I. Mercado

2        by the reporter.)

3             THE WITNESS:  Correct.

4        Q    So at that point, what did you do?

5        A    At the point where he started to

6   run?

7        Q    Yes.

8        A    I got in the RMP.

9        Q    The blue and white?

10       A    Yes, the blue and white, and I

11  followed on the street on Flatbush Avenue.

12       Q    Bellardo was behind the wheel?

13            MS. SMITH:  Objection.

14       A    She was driving.

15            MR. ANTOLLINO:  Is there a way I

16       can rephrase that so it's not

17       objectionable?

18            MS. SMITH:  Who was driving?

19       Q    Who was driving?

20       A    Officer Bellardo.

21            MR. ANTOLLINO:  I can lead this

22       witness whether you think so or not.

23       Q    Officer Bellardo was driving?

24       A    Yes.

25       Q    Where did you go, do you recall?
```

1                          I. Mercado

2       A    We were following him.  We were on

3    the street.

4                 MS. SMITH:  Indicating Mr. Pierce?

5                 THE WITNESS:  Yes.

6       Q    You were following Mr. Pierce?

7       A    Yes, driving on the street.

8       Q    How long did it take you to catch

9    up with him?

10                MS. SMITH:  Objection.

11      A    To catch up with him?

12      Q    Yes.

13      A    Not long, two or three minutes.  I

14   can't say for sure.

15      Q    Let me just try to get a sense of

16   what this looked like.

17                You said that you were at 32 Fulton

18   Street where this debate or this discussion

19   was taking place between 12:15 and 12:30,

20   correct?

21                MS. SMITH:  Objection.

22      A    I don't know what address it was.

23      Q    You don't know what address it was?

24      A    No.

25      Q    On what street was it?

79

I. Mercado

1

2          MS. SMITH:  Objection.

3      A    He was running along the sidewalk

4   in my direction of traffic.

5      Q    So then he was running on the

6   sidewalk in the same direction as the side of

7   the street that you were on?

8      A    Yes.

9      Q    And at or about Schermerhorn you

10  apprehended him and Bellardo was driving the

11  car, correct?

12         MS. SMITH:  Objection.

13     A    Yes.

14     Q    How was he apprehended?

15     A    How was he apprehended?

16     Q    Yes.

17     A    When he fled from approximately

18  Fulton and Flashbush on foot, he was running

19  very fast down Flatbush Avenue, and as he was

20  running down Flatbush Avenue on the sidewalk

21  he attempted to cross the street to get to

22  the other side of the street and he collided

23  with our vehicle that was going in the same

24  direction on the street.

25     Q    All right, so at or about

80

1                    I. Mercado

2   Schermerhorn he tried to cross the street?

3        A    Yes.

4        Q    Was it at the crosswalk or was he

5   jaywalking or jay-running?

6             MS. SMITH:  Objection.

7        A    Middle of the street.

8        Q    He was in the middle of the street?

9             MS. SMITH:  Objection.

10       A    Yes.

11       Q    And so he accidently collided with

12  the blue and white or Officer Bellardo

13  manipulated the vehicle to stop him?

14            MS. SMITH:  Objection.

15       A    He tried to jump over the blue and

16  white.

17       Q    He tried to jump over it?

18       A    Yes.

19       Q    When he tried to jump over, how far

20  was he able to get?

21            MS. SMITH:  Objection.

22       A    As I remember?

23       Q    Yes.

24       A    He hit the front and the hood with

25  his feet.

70

                            I. Mercado

1

2        A    We were following him.  We were on

3    the street.

4             MS. SMITH:  Indicating Mr. Pierce?

5             THE WITNESS:  Yes.

6        Q    You were following Mr. Pierce?

7        A    Yes, driving on the street.

8        Q    How long did it take you to catch

9    up with him?

10            MS. SMITH:  Objection.

11       A    To catch up with him?

12       Q    Yes.

13       A    Not long, two or three minutes.  I

14   can't say for sure.

15       Q    Let me just try to get a sense of

16   what this looked like.

17            You said that you were at 32 Fulton

18   Street where this debate or this discussion

19   was taking place between 12:15 and 12:30,

20   correct?

21            MS. SMITH:  Objection.

22       A    I don't know what address it was.

23       Q    You don't know what address it was?

24       A    No.

25       Q    On what street was it?

1                    I. Mercado

2           MS. SMITH:  Objection.

3      A    He was running along the sidewalk

4  in my direction of traffic.

5      Q    So then he was running on the

6  sidewalk in the same direction as the side of

7  the street that you were on?

8      A    Yes.

9      Q    And at or about Schermerhorn you

10  apprehended him and Bellardo was driving the

11  car, correct?

12           MS. SMITH:  Objection.

13      A    Yes.

14      Q    How was he apprehended?

15      A    How was he apprehended?

16      Q    Yes.

17      A    When he fled from approximately

18  Fulton and Flashbush on foot, he was running

19  very fast down Flatbush Avenue, and as he was

20  running down Flatbush Avenue on the sidewalk

21  he attempted to cross the street to get to

22  the other side of the street and he collided

23  with our vehicle that was going in the same

24  direction on the street.

25      Q    All right, so at or about

80

```
1                          I. Mercado
2    Schermerhorn he tried to cross the street?
3         A    Yes.
4         Q    Was it at the crosswalk or was he
5    jaywalking or jay-running?
6              MS. SMITH:  Objection.
7         A    Middle of the street.
8         Q    He was in the middle of the street?
9              MS. SMITH:  Objection.
10        A    Yes.
11        Q    And so he accidently collided with
12   the blue and white or Officer Bellardo
13   manipulated the vehicle to stop him?
14             MS. SMITH:  Objection.
15        A    He tried to jump over the blue and
16   white.
17        Q    He tried to jump over it?
18        A    Yes.
19        Q    When he tried to jump over, how far
20   was he able to get?
21             MS. SMITH:  Objection.
22        A    As I remember?
23        Q    Yes.
24        A    He hit the front and the hood with
25   his feet.
```

88

```
 1                    I. Mercado
 2    does not look anything like the guy that I
 3    remember or would you say I just don't know?
 4              MS. SMITH:  Objection.
 5         A    I don't remember him, so I would
 6    not say anything.  I don't remember him.
 7         Q    At that point he is lying on the
 8    ground.
 9              Does he try to get up; what
10    happens?
11              MS. SMITH:  Objection.
12              MR. ANTOLLINO:  I'll withdraw that.
13         Q    What happened next?
14              He is on the ground and what
15    happened next?
16         A    He is on the ground.  We get out of
17    the vehicle and place him under arrest, place
18    him in handcuffs.
19         Q    When he is on the ground is he face
20    down or face up?
21              MS. SMITH:  Objection.
22         A    As I remember it he was face down.
23         Q    Is it procedure to cuff someone in
24    the back rather than the front?
25              MS. SMITH:  Objection.
```

89

I. Mercado

1

2    A    Rear cuff, yes.  Perpetrator, you

3  rear cuff them.

4    Q    It's not only procedure, you are

5  supposed to do that?

6         MS. SMITH:  Objection.

7    A    Yes.

8    Q    Are there any circumstances in

9  which you would front cuff someone?

10         MS. SMITH:  Objection.

11    A    Not that I know of.

12    Q    So if he is face down it's easier

13  for you to you to rear cuff him at that

14  point?

15         MS. SMITH:  Objection.

16    A    If he is complying with the orders.

17    Q    You said that you put him in cuffs?

18    A    Yes.

19    Q    How long did that take?

20    A    Seconds.  Maybe thirty seconds,

21  maybe twenty seconds, maybe.

22    Q    Twenty to thirty seconds?

23    A    Yes.

24    Q    What happened in that twenty to

25  thirty seconds other than you putting him in

94

I. Mercado

1

2       These officers in the beige car

3   were involved only to help you at that point

4   and you and Officer Bellardo took Mr. Pierce

5   to the 84th?

6               MS. SMITH:  Objection.

7       Q    Is that a fair statement?

8               MS. SMITH:  Objection.

9       A    I believe that it was our RMP that

10  took him to the 84.

11      Q    Was one of the uniformed officers

12  from the beige car placed in your car to take

13  him to the 84th or did they just go off on

14  their own?

15              MS. SMITH:  Objection.

16      A    They left the scene.

17      Q    So just to get it straight then,

18  Mr. Pierce is in front of the car, you cuff

19  him with the help of two officers in an

20  unmarked car between twenty and thirty

21  seconds, you place him in the back of your

22  car and you and Officer Bellardo take him to

23  the 84th Precinct?

24              MS. SMITH:  Objection.

25      Q    Correct?

95

```
1                    I. Mercado
2              MS. SMITH:  Objection.
3      A    As I remember it?
4      Q    Yes.
5      A    I believe that we transported him
6   to the 84.
7      Q    Anything else you can recall about
8   that?
9              MS. SMITH:  Objection.
10             THE WITNESS:  Can I answer?
11             MS. SMITH:  If you can.
12     Q    Yes.
13     A    When we placed him under arrest
14  Officer Taqi was at the scene.  He was
15  essentially following him on foot.
16     Q    He arrived before or after you had
17  Mr. Pierce in cuffs?
18             MS. SMITH:  Objection.
19     A    I don't remember if it was before
20  or after.
21     Q    Did he assist in the arrest or did
22  you and Officer Bellardo basically have it
23  under control?
24             MS. SMITH:  Objection.
25     A    I believe that Taqi assisted in the
```

109

C E R T I F I C A T E

I, CAROL LISTER, hereby certify that the
DEPOSITION of IVAN MERCADO was held before me on
the 18th day of January, 2017; that said witness
was duly sworn before the commencement of the
testimony; that the testimony was taken
stenographically by myself and then transcribed by
myself; that the party was represented by counsel
as appears herein;

That the within transcript is a true
record of the DEPOSITION of said witness;

That I am not connected by blood or
marriage with any of the parties; that I am not
interested directly or indirectly in the outcome
of this matter; that I am not in the employ of any
of the counsel.

IN WITNESS WHEREOF, I have hereunto set my
hand this 18 day of January, 2017.

- - - - - - - - - - - -

CAROL LISTER