Case 1:16-cv-05703-RJD-RLM   Document 81-6   Filed 05/22/17   Page 1 of 1 PageID #: 752



### Chase Bank to 457 Fulton St, Brooklyn, NY 11201

Walk 0.6 mile, 11 min

Walk from Chase back to 457 Fulton Street



Map data ©2017 Google    200 ft

| 🚶 | via Livingston St | 11 min |
| --- | --- | --- |
| | | 0.6 mile |
| 🚶 | via Livingston St and Fulton St | 11 min |
| | | 0.6 mile |