**Transcript of IAB interview 9/1/14 at Radio Shack. Sharoon Samuel, and (first name) Ahsin Rafique. (D-1609, File no 140961869966_ws600914.wma)**

**Gregory Antollino, does hereby declare under penalty of perjury of the United States this this is a true and accurate transcript of the Internal Affairs interview of Radio Shack Employees on 9/1/14 by Sgt Ming [phonetic].[1]**

SERGEANT MING: Today is September 1, 2014, the time now is 17:30 hours. Sergeant Ming present at Radio Shack to interview the complaint in regards to his car.

MING: So, um, about the incident today involving the police?

SHAROON SAMUEL: Is there somewhere we could…Yeah.

MING: [Unintelligible[ on break? [ph.]

SAMUEL: Uh no, I think he just came back.

MING: Yes. As we said, this is about the incident that happened today regarding the young man that was arrested. Um, basically, can you just tell us what happened and, uh, what's the circumstances [unintelligible] to [unintelligible] police involvement today?

SAMUEL: He came in the store. And, um....You see that little section with the empty bags with the cases hanging?

MING: Yeah. The cases.

**[1:00]**

SAMUEL: Yes. So he came in he was there, um, I saw him…. And, um, the first time I saw him, he was bent over and he moved away. So there's this lady needed something so I came on this side and my I, I don't know I knew he was up to something. So as soon as I turned around

---

[1] I listened to the tape in parts several times over about three hours, at both slow and regular speeds, and reviewed it in bits as I transcribed and in toto as after I completed the first draft was done, twice, first at full speed then half.

1

and I saw him bend over there again so I went up to him and and he cat [ph.] cut the, this case actually. This one from here. At that point, he seemed like he has a scissor in his hand, but I don't know if he threw that away when he was running or whatever. Um.

MING: So he cut that case?

**[2:00 approx.]**

SAMUEL: He cut that case, yes. He cut that case and I was like hey what's going on and I got it from him and I liked walked after him and he like was just very nonchalant finger, he showed me the finger, and he went out and I ran after him because I just don't want him to come back over here because we have couple of these cases missing um and it was a little busy and I didn't get a chance, but I'm going to find out but I think I know the dates the surveillance think I know the dates I am going to find and get the surveillance and once we find something out I'll let you know.

MING: Right.

SAMUEL But we went after him and I called um…. I was actually walking and one of my co-workers I saw him and both of us started walking and he didn't know we were chasing him. So he went into AT&T store, he came out of the AT&T store. He went into the Chase Bank. So by the time he went into the Chase Bank my other guy, he actually had actually called cops. Cops came. Cops pulled up next to him, um, stopped him. I…They asked him a couple of questions. By that time, I walked up to them, and um at that point…. You know everything is happening too fast.

MING: Right.

**[3:00]**

SAMUEL: So the guy he has no idea like the cops came, why they came. Right? They stopped him and he's like, "Oh, I didn't do anything. I didn't do anything." So that's why I came to them and I'm trying to tell them that "This is what he did in the store," right, "this is what he did in the store, that um that um he uh that he cut it and that he left and dadadadadadada." [ph.] and I told him he had scissors on him. At that point nobody had liked checked him or anything. And um I know it seemed like the guy was getting nervous cause I saw him like shaking and all of a sudden [laughing] he just decided to run. He just took off.

MING: He ran down where?

SAMUEL: He ran on Flatbush towards up Atlantic Avenue.

MING: OK, so now you followed him all the way to Flatbush?

SAMUEL: Yeah.

MING: OK. From from Fulton, right, all the way to Flatbush?

SAMUEL: All the way to Ful-.

MING: You followed him on foot and he wasn't aware that you guys were behind him. So he went into AT&T Store, left it, he went to Chase Bank.

MING: He went into AT&T Store, he went.

**[4:00]**

SAMUEL: He went into Chase Bank, AT&T Store, he left it.

MING: You already made the phone call to 911.

SAMUEL: Yeah.

MING: So you waited. So how did the cops show up there, or they just pull up or you saw or [unintelligible]?

SAMUEL: Cops came….OK, see this guy that just came in. He was with me also.

3

MING: Right.

SAMUEL: So he was behind me. So cops came on Fulton Street, they drove there, they met him on Flatbush right at the corner. So he got into the car and then they he drove up two blocks up like where I was and I was like half a block behind him.

MING: Right.

SAMUEL: So when they came and they saw me and I just pointed the finger and I said that's the guy. And he still didn't know because he was just still in his own

MING: Right

SAMUEL: he was still in his own, his own…I'm not sure.

MING: Right. What's the co-worker's name?

RAFIQUE: Ahsin. A-H-S-I-N.

MING: Alright and uh, cops there, he got out you say he was nervous and then he took off?

SAMUEL: He just ran, yeah.

MING: Did the cops chase him?

SAMUEL: Yeah.

MING: What, so what, did you see anything after that or what?

**[5:00]**

SAMUEL: He ran um, it was like maybe…. I don't know 100 yards from me. 150 yards. Uh, I saw cars like that were on the other side also. I think there was a couple of cars that came from there.

MING: Did you see when they arrested him?

SAMUEL: I didn't see that, I was far.

4

MING:	Did you see anyone hit him, punch him, the cops hit him or punch him or anything?

SAMUEL:	I, I was really far, right. I didn't see…

MING:	You didn't see a car hit him, right, a police car hit him or anything, right?

SAMUEL:	I didn't see that, no.

MING:	Alright, now, Ashin was he in the car?

SAMUEL:	He was…

MING:	While the police was chasing him?

SAMUEL:	Mm-hmm [indicating affirmative].

MING:	OK, alright. Now do you have any of the footage of this today - taking this stuff or trying to remove this stuff, cut it, you have this footage?

SAMUEL:	Yeah, I should have it. Do you want to see it?

MING:	Um, yeah. I'll take a look at it. And do you have any prior history of this guy coming into this store doing this same thing before?

SAMUEL:	I spoke to, OK, so we had an incident and one of my co-workers told me that we are missing those cases.

MING:	Right.

**[6:00]**

SAMUEL:	I called her like when I was walking back from there I called her and I asked her like, "what's the description of the guy?" And she gave me the description which matches him, and, uh, she gave me a date also, the date it happened. I didn't get a chance to soo the surveillance.

BOTH:	[Unintelligible cross talk – couple of words.]

5

MING: Alright, and you think it's a knife. So where's the cut on this…oh, right here? Could have been a knife, though or something right? Or you think a scis- a knife won't cut it. Scissors? [Unintelligible.]

SAMUEL: You could cut it with a knife.

MING: So he cut it with something. It was on the floor or it was still on the hook when you came up.

SAMUEL: Oh he

MING: He had it in his hands?

SAMUEL: He was…Yeah, he had it in the hands and he dropped like some of ….

MING: What is it, a case with built in memory?

SAMUEL: It's a case for an IPhone.

MING: Battery charger.

SAMUEL: Yeah.

MING: Extra storage battery charger.

**SOUNDS OF PICTURE[S] BEING TAKEN**

**[7:00]**

MING: Alright, so if you could get that video, we'll take a look at it. Alright, you know? If…can you …

SAMUEL: I can…

MING: Can you also look for the other day, too, if you see it just make it….

SAMUEL: I'll, I'll put it …

MING: We'll call you up, and…

SAMUEL: I'll put it on, um,

6

MING: A disk?

SAMUEL: a flash drive for you. It takes a little time for us to look for it and go back and forth and…

MING: Right.

SAMUEL: Yeah.

MING: Right. Alright, um I'll take your number.

MING (or other officer?): You'll be here tomorrow?[2]

SAMUEL: I'm here tomorrow, yeah.

MING: Actually, I think we have your cell number and your home number from the cops, so we'll just touch base with you tomorrow. And whenever you have your break, the flash drive we'll just come pick it up, alright?

MING: Um, first, I just want to ask [Ashin] a few questions and that's it.

[Pause and unintelligible background chatter]

SAMUEL: Ahsin? . . . Ace? [Ph.]

[Unintelligible cross talk]

**[8:00]**

**8:18: Interview of Rafique Ahsin**

MING: [Addressing Ahsin Rafique.] How you doing? Just a, just a quick couple of questions, a few questions. Uh, during the incident today when the gentleman was arrested, um, basically you were, you actually went on foot behind Sharoon, right? Then you called the cops, you called 911?

---

[2] The voice sounds different from Ming's. This is the only time this voice appears, to my hearing ability, on the tape, and it might be Ming.

7

RAFIQUE: Mm-hmm [affirmative].

MING: They showed up.

RAFIQUE: They showed up by the AT&T Store down there.

MING: The AT&T Store. You waived them down? You. You, you . . .

RAFIQUE: Yeah I waived them down. You, you

MING: Alright. Did you get in the car?

RAFIQUE: Yeah.

MING: Alright, so tell me what happened when you get in the car?

RAFIQUE: Once I got in the car, um, cause I knew who the guy was, he's been there before.

MING: You've seen him before.

**[9:00 Approx.]**

RAFIQUE: I seen him before; I seen him around. He told me and he told me it's that guy he was trying to take the thing. So I got in the car, and basically he was walking behind him when I was in the car, so I just spotted him out, it was like, you know, "That's the guy right there." They got out, they were questioning him, um, and then I was still in the back of the car because I can't open it, you know I guess.

MING: Right.

RAFIQUE: And I'm looking at him and then they're talking to him and they searched his book bag and then probably three minutes later he just took off. And then the cop got in the car and took off with me inside, and I was like, "What's going on?" And then they - when the, uh . . . So I saw the other cars, the other cop cars come, um, I seen the guy like dodge one cop car and he got in front of the cop car I was in…

MING: Right.

8

RAFIQUE: And then she just bumped into him and then they arrested him.

MING: Just a bump, he, actually in the street. He ran into the car.

RAFIQUE: He ran into, yeah

MING: He darted from one car, and

RAFIQUE: he basically. Yeah, so from the other side, um, there was like undercover cop cars…

MING: Right.

RAFIQUE: …they were coming in. He dodged, he actually slammed into one car. The cop tried to get out from that [ph.] what I saw from, I had a limited….

MING: Right.

RAFIQUE: …view. And then he ran so he hit the car and he ran like this and so when we were coming in and then he was like stumbling….

**[10:00]**

MING: Right.

RAFIQUE: and the cop pressed the break. It wasn't you know fast enough and hit the hood and he fell on the floor and they arrested him.

MING: Alright. It was a hard hit or just a…

RAFIQUE: It was a – it was a pretty good hit.

MING: Alright, yeah. There was a female that was driving; how many cops were in the car? Cop car?

RAFIQUE: Two

MING: It was two?

RAFIQUE: I think it was the Sergeant the guy with the glasses and the female cop driving

9

MING: And this happened where, on Flatbush?

RAFIQUE: Flatbush, um, I think right before State Street. I don't know the exact cross street there. But it was on Flatbush.

MING: OK. Um. Alright/ You got a cell phone number there?

RAFIQUE: [Number given, redacted.]

MING: Ok. And your first name is Afshin [ph.]

RAFIQUE: Ahsin? A-H-S-I-N  R-A-F-I-Q-U-E

MING: That's it man.

**[PARTING WORDS, FRIENDLY TONE, NO TIME RECORDED.]**