Urban Horizons Family Health Center
50 East 168th Street   Bronx, NY 10452
T: (718) 293-3900   F: (718) 293-3982
www.institute.org



THE INSTITUTE
FOR
FAMILY HEALTH

March 13, 2017

Re: Lerin L. Pierce
DOB: 1/  /1984

To Whom it May Concern:

Please be advised that Mr. Lerin L Pierce has been in treatment consisting of talk therapy and psychiatry at the Institute for Family Health. Mr. Pierce was referred to psychosocial services by his primary care provider after Mr. Pierece reported he was hit by cop car on Labor Day 2014 as they were trying to stop him after leaving a store. Mr. Pierce has been in ongoing talk therapy with me since 06/30/2015. Mr. Pierce was diagnosed with major depression and post-traumatic stress disorder related to the even that occurred on Labor Day 2014.

Mr. Pierce reported persistent efforts to avoid distressing memories, persistent negative emotions, inability to feel positive emotions, detachment from others, irritability, difficulty sleeping, agitation, anxiety, loss of appetite, depressed mood, feelings of helplessness, feelings of hopelessness, loss of energy, memory loss, difficulty with concentration, and feelings of worthlessness. Mr. Pierce reported previous diagnosis of depression, though the diagnosis of post-traumatic stress disorder resulted from traumatic event that occurred on Labor Day 2014. After Mr. Pierce symptoms failed to improve on therapy alone, he was referred to a psychiatrist and has been seeing said psychiatrist since 01/13/16.

Mr. Pierce has been compliant with treatment, which has consisted of weekly talk therapy and monthly psychiatry appointments. There has been some improvement in symptoms, though will continue to need treatment for at least another 3 months. Mr. Pierce continues to report disturbance in mood and functioning, which has directly affected his work performance. We will continue to work with Mr. Pierce as long as needed to help him reach a higher level of overall functioning. If there is any other information that you need from me, please do not hesitate to ask.

Sincerely,

Vanessa Trujillo, LCSW
Institute for Urban Family Health
Urban Horizons Family Health Center

Urban Horizons Family Practice
50-98 East 168th Street
Bronx, N.Y. 10452
Tel: 718-293-3900