```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
LERIN PIERCE,                                                :
                                                             :
                                Plaintiff,                   :
                                                             :
                - against -                                  :   16 Civ. 5703 (BMC)
                                                             :
POLICE OFFICER TAQI, POLICE OFFICER                          :
BELARDO, and POLICE OFFICER                                  :
MERCADO,                                                     :
                                                             :
                                Defendants.                  :
                                                             :
------------------------------------------------------------ X
```

# THE VERDICT FORM

I.  **EXCESSIVE FORCE**

1. Has plaintiff proven by a preponderance of the evidence that defendant Zeeshan Taqi used excessive force against him?

    YES _____    NO ___✓___

**Proceed to Question 2**

2. Has plaintiff proven by a preponderance of the evidence that defendant Sonia Belardo used excessive force against him?

    YES ___✓___    NO _____

**Proceed to Question 3**

3. Has plaintiff proven by a preponderance of the evidence that defendant Ivan Mercado used excessive force against him?

    YES _____    NO ___✓___

**If you answered NO to Questions 1 through 3, then your deliberations are over and your verdict is complete. Please proceed to the last page and sign on the signature line.**

**If you answered YES to any of Questions 1 through 3, proceed to the next page.**

2

## II. FAILURE TO INTERVENE

**If you answered YES to Question 1, then proceed to Question 4.  If you answered YES to Question 2, then proceed to Question 5.  If you answered YES to Question 3, then proceed to Question 6.**

4. Having found that defendant Taqi used excessive force, has plaintiff also proven by a preponderance of the evidence that the remaining defendants failed to intervene in preventing the excessive force?

    Ivan Mercado:     YES _____     NO _____

    Sonia Belardo:    YES _____     NO _____

5. Having found that defendant Belardo used excessive force, has plaintiff also proven by a preponderance of the evidence that the remaining defendants failed to intervene in preventing the excessive force?

    Ivan Mercado:     YES ✓     NO _____

    Zeeshan Taqi:     YES _____     NO ✓

6. Having found that defendant Mercado used excessive force, has plaintiff also proven by a preponderance of the evidence that the remaining defendants failed to intervene in preventing the excessive force?

    Zeeshan Taqi:     YES _____     NO _____

    Sonia Belardo:    YES _____     NO _____

**Proceed to Question 7.**

3

### III. DAMAGES

7. State the total dollar amount, if any, of compensatory damages that plaintiff is entitled to recover.

    Compensatory Damages        $ 3000

**If you found that plaintiff is entitled to compensatory damages, then proceed to Question 8. If you found that plaintiff is not entitled to compensatory damages, then proceed to Question 9.**

8. Of the compensatory damages that plaintiff sustained, indicate how much, if any, each defendant is liable for:

    Zeeshan Taqi        $ _____
    Sonia Belardo       $ 2000
    Ivan Mercado        $ 1000

**Proceed to Question 10**

9. If you found that plaintiff is not entitled to compensatory damages, then award him nominal damages in a sum not to exceed $1.00.

    Nominal Damages        $ _____

**Proceed to Question 10**

10. Has plaintiff proven by a preponderance of the evidence that punitive damages should be awarded in this case?

YES 12,000      NO _____

If you answered YES, state the amount of punitive damages, if any, as to each defendant.

Zeeshan Taqi         $ _____

Sonia Belardo        $ 6000

Ivan Mercado         $ 6000

**You have completed this verdict sheet. Proceed to the bottom of this page and sign on the signature line.**

\*   \*   \*

We, the Jury duly empaneled and sworn in the above-entitled action, upon our oaths, do find the above verdict.

_____
**Foreperson**

Dated: Brooklyn, New York
       June 16, 2017

5