# Exhibit 5

**From:** **Depoian, Carolyn (Law)** cdepoian@law.nyc.gov
**Subject:** RE: Pierce v. City of NY court reporter fees
**Date:** July 25, 2017 at 5:35 PM
**To:** Daniela Nanau dn@danielananau.com
**Cc:** Smith, Valerie (Law) vsmith@law.nyc.gov, Gregory Antollino gantollino@nyc.rr.com



I'm looking into this and will get back to you as soon as I can.

Carolyn K. Depoian
(212) 356-2358


-----Original Message-----
From: Daniela Nanau [mailto:dn@danielananau.com]
Sent: Tuesday, July 25, 2017 10:02 AM
To: Depoian, Carolyn (Law)
Cc: Smith, Valerie (Law); Gregory Antollino
Subject: Pierce v. City of NY court reporter fees

Hi Carolyn,

In an effort to reduce the resources spent on the Pierce case, would Defendants be willing to split the cost of the trial transcripts?

I am able to Fedex you, or the appropriate office, a check for our part of the cost today if this is something Defendants would agree to, and you could e-mail us the PDFs of the transcripts, once you received payment.

Thank you.

Daniela

Daniela Nanau
Law Office of Daniela Nanau, P.C.
89-03 Rutledge Avenue
Glendale, New York 11385
Telephone: (888) 404-4975
Facsimile: (718) 998-6916
E-Mail: dn@danielananau.com

Confidentiality Notice:
This communication constitutes an electronic communication and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. Please contact me immediately by return e-mail or at (888) 404-4975 and destroy the original transmission and its attachments without reading or saving in any manner.

> On Jun 13, 2017, at 9:59 AM, Depoian, Carolyn (Law) <cdepoian@law.nyc.gov> wrote:
>
> At this point, we won't be ordering the dailies unless the Court orders it.
>
> Best,

Carolyn K. Depoian
(212) 356-2358

-----Original Message-----
From: Daniela Nanau [mailto:dn@danielananau.com]
Sent: Monday, June 12, 2017 11:18 PM
To: Depoian, Carolyn (Law); Smith, Valerie (Law)
Cc: Gregory Antollino
Subject: Court reporter fees

Carolyn,

As discussed earlier today please let us know (preferably by tomorrow at 12pm noon) if Defendants agree to split the cost of daily copies from the court reporter.

Thank you.

Daniela


Daniela Nanau
Law Office of Daniela Nanau, P.C.
89-03 Rutledge Avenue
Glendale, New York 11385
Telephone: (888) 404-4975
Facsimile: (718) 998-6916
E-Mail: dn@danielananau.com

Confidentiality Notice:
This communication constitutes an electronic communication and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. Please contact me immediately by return e-mail or at (888) 404-4975 and destroy the original transmission and its attachments without reading or saving in any manner.