**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------x
**LERIN PIERCE,**                               :

       **Plaintiff,**                    :

- v. -                                          :    Case No. 16-CV-5703-BMC

**CITY OF NEW YORK, IVAN MERCADO,**             :
**SONIA BELLARDO, and, ZEESHAN TAQI,**
                                                :
       **Defendants.**
------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff respectfully requests that the Court, to the extent necessary, strike document #146 as inoperative. It was a similarly named document, but not the document plaintiff had intended to upload in support of his motion, document 145, for leave to take an interlocutory appeal. The document filed today was completed yesterday and I apologize for the confusion.

    Dated:    New York, New York
                    January 17, 2018

                                    *Greg S. Antollino*
                                GREGORY ANTOLLINO, ESQ.
                                ATTORNEY FOR PLAINTIFF