UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**LERIN PIERCE,**                                           <u>**NOTICE OF MOTION**</u>

        Plaintiff,

          -against-

                                                17-5703-CV (RJD)

**NEW YORK HEATING CORP.**

        Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that on such date as is practical, the undersigned moves to strike document 199 before the Honorable Raymond J Dearier, United States District Court, Eastern District of New York, 225 Cadman Plaza East, New York, New York, for the following orders

1.       Striking the affidavit contrary to costs as in operative

2.       Such other relief as may be just and proper.

The undersigned does hereby declare under penalty of perjury that the certification in opposition to the imposition to costs was made in error insofar as I thought it was a different case in which I and Daniela Nanau and I are co-counsel against the City. This was an unintentional error. I apologize and ask that my certification be stricken as erroneous.

  Dated: New York, New York
          February 7, 2018

                                    Yours, Etc.,

                                      /s/

                                    GREGORY ANTOLLINO
                                    Attorney for Plaintiff
                                      275 Seventh Avenue Suite 705
                                      New York, New York 10001
                                      (212) 334-7397