# GREGORY ANTOLLINO
## ATTORNEY AT LAW
GREG@ANTOLLINO.COM

275 SEVENTH AVENUE, SUITE 705　　　　　　　　　　　　　　　　TEL. (212) 334-7397
NEW YORK, NEW YORK 10001　　　　　　　　　　　　　　　　　　FAX (212) 334-7399

June 12, 2018

Judge Raymond J. Dearie
U.S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201

RE:　Pierce v. City et al, 16-4703 (RJD)

Dear Judge Dearie:

　　　In response to the City's letter in opposition to my letter motion for a conference or permission to make a motion, the cases standing for the proposition we take include *Wright v. Cayan*, 817 F.2d 999, 1002 n.3 (2d Cir. 1987) (Recognizing the general rule in this circuit that judges of coordinate jurisdiction may disregard each others' rulings, so long as the party relying on the previous ruling is not prejudiced); *United States v. Birney*, 686 F.2d 102, 107 (2d Cir. 1982); *First National Bank of Hollywood v. American Foam Rubber Corp.*, 530 F.2d 450, 453 n.3 (2d Cir.), *cert. denied*, 429 U.S. 858, 50 L. Ed. 2d 135, 97 S. Ct. 157 (1976); *Oxford House v. City of Albany*, 155 F.R.D. 409, 410 (N.D.N.Y. 1994);l *Banco de Seguros Del Estado v. Mutual Marine Offices, Inc.,* 230 F. Supp. 2d 427, 428 (S.D.N.Y. 2002) (quoting *Griffin Indus., Inc. v. Petrojam, Ltd.,* 72 F. Supp. 2d 365, 368 (S.D.N.Y. 1999)); *Glob. View Ltd. Venture Capital v. Great Cent. Basin Expl., L.L.C.*, 288 F. Supp. 2d 482, 483 (S.D.N.Y. 2003).

　　　The rest of my opponent's letter need not be answered. I did not serve the motion in the absence of permission. I have the motion ready to go. It may indeed save judicial resources.

　　　On the other hand, if you feel uncomfortable ruling on such an unusual motion in the view that you would grant it if persuaded, or if are likely not to grant it given the sensitivities involved, please deny the letter motion. I am happy I prepared this motion. It clarified to me what the evidence showed. I feel no remorse in preparing, as unusually as I did.

Sincerely,

*Greg S. Antollino*

Gregory Antollino

Cc:　Valerie Smith, Cathryn DePoian, Daniela Nanau

1