UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
LERIN PIERCE,

                            Plaintiff,

        - against -

THE CITY OF NEW YORK, POLICE
OFFICER TAQI, POLICE OFFICER
BELLARDO, and POLICE SERGEANT
MERCADO,

                            Defendants.
-------------------------------------------------------------- x

**ORDER**

16 CV 5703 (RJD)

DEARIE, District Judge:

       The Court has considered Plaintiff's application to vacate the order for a new trial in this case. The application is denied. Following review of Plaintiff's motion and Judge Cogan's memorandum and order of December 15, 2017, I will not disturb Judge Cogan's exercise of his sound discretion. Jury selection will begin on December 10, 2018. Trial will proceed on December 17, 2018. A final pretrial conference will be held, with trial counsel present, on November 16, 2018 at 12 noon. Certificates of Engagement will issue upon request.

SO ORDERED

Dated: Brooklyn, New York

       August 24, 2018

                                       s/ RJD
                                RAYMOND J. DEARIE
                                UNITED STATES DISTRICT JUDGE