# GREGORY ANTOLLINO
## ATTORNEY AT LAW
GREG@ANTOLLINO.COM

275 SEVENTH AVENUE, SUITE 705  
NEW YORK, NEW YORK 10001

TEL. (212) 334-7397  
FAX (212) 334-7399

October 18, 2018

Judge Raymond Dearie  
Eastern District of New York  
225 Cadman Plaza East  
New York, New York 11201

RE:   Lerin v. Belardo, 16-5703 (RJD)

Dear Judge Dearie:

    I represent plaintiff in a retrial scheduled for December 10 (or 17). What is most important is that this not upend your schedule, put this case into limbo, or adjourn for several months. Fortunately, as it happens, I was not accepted off the waiting list to creative writing school, and I've learned that most must apply twice and I was lucky to have gotten onto the waiting list and hope to attend next year. So I am free this year. I also don't want this request to deprive me of the opportunity of having a trial before you. That would be a missed learning opportunity, as I do not intend to abandon the practice of law.

    Nevertheless, I have had a tragedy in my family. It need not be confidential, as I am not stigmatized and would suffer more so if I kept it a secret. My younger brother, who suffered from an illness, committed suicide in August. It was not unexpected so far as his illness went, but neither was it expected. There were no indications he had planned this.

    I took off a week, then got back into working. I can handle appeals, mediations, paperwork, conferences. Nevertheless, suicide is an event of a proportion that exceeds death. It wounds the soul. I am not up to my par in the combat of litigation, which of course culminates in trial. So, if the conditions in the first paragraph would not be present, I would ask for an adjournment into January – and one that does not overlap with the week of Presidents' Day, as Daniela Nanau, my co-counsel, plans a vacation then. I apologize for asking for this, but my passion is , and certainly didn't expect the event to occur.

    I can get into further detail about my condition, but I am safe. A trial in December, however,  would not be preferable unless the conditions in the first paragraph are met, in

which case I will be certain to gird up for battle and make it happen.

Sincerely,

*Greg S. Antollino*

Gregory Antollino

Cc:     all attorneys by ecf