# GREGORY ANTOLLINO
### ATTORNEY AT LAW
GREG@ANTOLLINO.COM

275 SEVENTH AVENUE, SUITE 705  
NEW YORK, NEW YORK 10001

TEL. (212) 334-7397  
FAX (212) 334-7399

October 18, 2018

Judge Raymond Dearie  
Eastern District of New York  
225 Cadman Plaza East  
New York, New York 11201

RE:    Lerin v. Belardo, 16-5703 (RJD)

Dear Judge Dearie:

    I represent plaintiff, and follow up in response to the City's letter suggesting adjourning the case into March. I, my client and co-counsel have no problem with this <u>so long as it is not inconvenient to the Court</u>. Again, to deprive us – in my opinion, and certainly me – of the legal experience of a trial before your honor would be unfavorable. Thus if it cannot happen in March or so, I will see to try the case in December. This is a difficult time for me, but I am working and could collect myself for a trial in December, and as my co-counsel reminded me yesterday, she is no longer new to the case and could tke a larger role.

    Thank you for your consideration.

Sincerely,

*Greg S. Antollino*

Gregory Antollino

Cc:    all attorneys by ecf