UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LERIN PIERCE,

                            Plaintiff,

        -against-

P.O. BELARDO,

                            Defendant.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

16 CV 5703 (RJD)

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motions *In Limine*; and all prior pleadings and proceedings had herein, Defendant Sonia Belardo will move this Court, before the Honorable Richard J. Dearie, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, on April 16, 2019, or such other date and time as me be determined by the Court, for an order granting defendant's motions *in limine*: and for such other and further relief as the Court deems just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served and filed on or before April 16, 2019.

Dated: New York, New York
       April 8, 2019

                        ZACHARY W. CARTER
                        Corporation Counsel of the
                          City of New York
                        *Attorney for Defendant Belardo*
                        100 Church Street
                        New York, New York 10007
                        (212) 356-2398

                By:      /s       
                        Valerie E. Smith

TO:    All Counsel (by ECF)