UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LERIN PIERCE,                                    :

                      Plaintiff,           :     **JOINT PROPOSED**
                                                          **VERDICT FORM**
      - v. -                                     :
                                                               **16-CV-5703-RJD**
                                                               :
**P.O. SONIA BELARDO,**
                                                               :
                       **Defendant.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The parties submit the following proposed verdict sheet to be presented to the jury.

Plaintiff's proposed questions begin on page 1.

Defendant's proposed language begins on page 3.

*<u>Plaintiff's Proposed Questions:</u>*

QUESTION 1:

Has plaintiff proven by a preponderance of the evidence that Police Officer Belardo used excessive force in attempting to arrest Lerin Pierce?

YES_____                                        NO_____

If your answer is yes, proceed to question 2.

If the answer is no, then the foreperson should sign the verdict form and notify the marshal that a verdict has been reached.

QUESTION 2.

    (a) Has the plaintiff proved by a preponderance of the evidence that he has suffered physical injury?

    If yes, please enter a dollar amount of damages that you believe will fairly compensate him for his physical damages_____

Whatever your answer, proceed to question 3.

    (b) Has plaintiff proved that he has suffered emotional injuries as the court has described

1

in the instructions?

If yes, please enter a dollar amount of damages that you believe will fairly compensate Mr. Pierce for his emotional damages_____

Whatever your answer, proceed to question 3.

3. Is plaintiff entitled only to nominal damages?

 (a) This his question is pertinent only if you have NOT compensated Mr. Pierce for damages under either or both of Questions 2(a) or 2(b). If you have awarded any damages under question 2, then answer "NO" in this space and proceed to question 4. _____

 (b) If you have NOT compensated Mr. Pierce with any amount of damages under questions 2(a) or 2(b), then enter $1

 _____

Proceed to question 4.

4. Are punitive damages appropriate for the reasons explained in the instructions?

Please place an "X" in the appropriate space.

YES_____     NO_____

If the answer is "NO," sign the verdict form and notify the Marshall that a verdict has been reached.

If the answer is "YES" then proceed to Question 5.

5. What amount of punitive damages do you find are appropriate in this case.

_____

If you answer question 6, then you have reached a verdict. The foreperson should sign and notify the Marshal that a verdict has been reached.

*Defendant's Proposed Questions:* [1]

Question 1:

Has Plaintiff Lerin Pierce proven by a preponderance of the credible evidence that Sonia Belardo used excessive force against him on September 1, 2014?

Yes _____    No _____

IF YOU HAVE ANSWERED "NO" TO QUESTION #1, STOP.

YOU HAVE COMPLETED YOUR DELIBERATION; THE VERDICT SHOULD BE SIGNED AND DATED BY THE FOREPERSON AND GIVEN TO THE MARSHAL.

IF YOU HAVE ANSWERED "YES" TO QUESTION #1, PROCEED TO QUESTION #2. [2]

Question 2:

(a) Did Plaintiff prove by a preponderance of the credible evidence that he suffered actual compensatory damages as a result of being subjected to excessive force by Sonia Belardo?

YES _____    NO_____

(b) If YES, state the dollar amount of any actual compensatory damages that Plaintiff has proven by a preponderance of the credible evidence that he is entitled to receive for his excessive force claim.

$_____

(C) If you find that Sonia Belardo subjected Plaintiff to excessive force, but find that Plaintiff has not proven that he sustained any actual compensatory damages as a result of the violation, what amount of nominal damages, not to exceed one dollar, do you award Plaintiff?

$_____

---

[1] Defendants reserve their request to revise the Verdict Sheet as needed based upon the rulings of the Court at trial.

[2] Plaintiff contends that all caps is coercive and treats the jury as if they cannot read.

PROCEED TO QUESTION 3.

Question 3:

Did Plaintiff prove by a preponderance of the credible evidence that he should be awarded any punitive damages on his claim?

YES _____  NO_____

If "NO" you have completed your deliberation; the verdict should be signed/dated by the foreperson and given to the Marshal.

If "YES," state the dollar amount of punitive damages that Plaintiff has proven by a preponderance of the credible evidence that he is entitled to receive for his excessive force claim against Sonia Belardo:

$_____

YOU HAVE REACHED A VERDICT. THE FOREPERSON SHOULD DATE AND SIGN THE VERDICT FORM, PLACE IT IN A SEALED ENVELOPE MARKED "VERDICT" AND HAND IT TO THE DEPUTY CLERK.

**Your foreperson must now sign and date the verdict sheet.**

_____
Signature of foreperson

Dated: May 3, 2019

                          Respectfully submitted,

                        */s/ Gregory Antollino*

                        Gregory Antollino, Esq.
                        275 Seventh Avenue, Suite 705 New York, NY 10001
                        (212) 334-7397
                        E-Mail: gregory10010@verizon.net

                        */s/ Daniela Nanau*
                        Daniela Nanau
                        Law Office of Daniela Nanau,
                        P.C. By: Daniela Nanau, Esq.
                        89-03 Rutledge Avenue
                        Glendale, NY  11385
                        (888) 404-4975
                        E-Mail: dn@danielananau.com

                        ATTORNEYS FOR PLAINTIFF

                        ZACHARY W. CARTER
                        Corporation Counsel of the City of New York
                        *Attorneys for Defendant Belardo*
                        100 Church Street
                        New York, New York 10007
                        Tel:  (212) 356-2398
                        Fax: (212) 356-3509

                                     /s/
                  By:  _____
                         Valerie Smith
                         Carolyn K. Depoian
                         Special Federal Litigation Division