UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LERAN PIERCE,

                Plaintiff,

  against                                         Civil Action No. 16-5703-RJD

CITY OF NEW YORK et al.,

                Defendants.
-------------------------------------------------------------X

IT IS HEREBY ORDERED that Daniela Nanau and Gregory Antollino, two attorneys who are members of the Bar of this Court, are authorized to bring Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in the trial in the above- captioned action:

Each attorney may bring into the courthouse their own cell phone, laptop computer and/or iPad computer.

The dates for which such authorization is provided are Monday, May 13, 2019 to Thursday, May 16, 2019.

SO ORDERED.

Dated: 5/10/19

                                            s/ Raymond J. Dearie

                                            Raymond J. Dearie, United States District Court