BEFORE JUDGE DEARIE          COURTROOM #10-A
UNITED STATES DISTRICT JUDGE

CIVIL CAUSE FOR JURY TRIAL

DATE: MAY 13, 2019      Time: 1:30pm to 5:00pm

DOCKET NUMBER: CV 16-5703 (RJD)

TITLE OF CASE: LERIN PIERCE -v- CITY OF NEW YORK, ET AL.

COUNSEL FOR PLTFF: GREGORY ANTOLLINO & DANIELA NANAU

COUNSEL FOR DEFT: VALERIE SMITH & CAROLYN DEPOIAN

COURTREPORTER: ANNETTE MONTALVO

X    CASE CALLED FOR JURY TRIAL.
     JURORS SWORN.
     INTRODUCTORY REMARKS BY THE COURT TO JURY.
     OPENING STATEMENTS AS FOLLOWS:
     MS. NANAU, MS. SMITH.
     FOLLOWING PLAINTIFF ***WITNESSES*** SWORN & EXAMINED:
     VIDEO TAPE TESTIMONY OF ***WITNESS ASHLEY HOLLOWAY*** PLAYED FOR JURY.
     ***RICHARD STERNBERG***, EXAMINED BY MR. ANTOLLINO, CROSSED BY MS. SMITH.
     ***LERIN PIERCE***, EXAMINED BY MR. ANTOLLINO.
     TRIAL WILL CONTINUE ON 5/14/2019 AT 9:00AM.