AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LERIN PIERCE <br> *Plaintiff* <br> v. <br> P.O. SONIA BELARDO <br> *Defendant* | ) ) ) ) ) <br> Civil Action No.  CV 5703(RJD)(RLM) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:  Jury returned with a verdict, on May 16, 2019, in favor of defendant, P.O. Sonia Belardo and against plaintiff, Lerin Pierce.

This action was *(check one)*:

☑ tried by a jury with Judge  RAYMOND J. DEARIE  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: MAY 16 2019

DOUGLAS C. PALMER
CLERK OF COURT

*E. Mulqueen*
*Signature of Clerk or Deputy Clerk*