UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
LERIN PIERCE,

           Plaintiff-Appellant,

vs.

CITY OF NEW YORK, IVAN MERCADO
AND SONIA BELARDO,

           Defendants-Appellees,

and IVAN TAQI,

           Defendant.
--------------------------------------------------------

NOTICE OF APPEAL

16-5703 (RJB)

NOTICE IF GIVEN that Plaintiff, Lerin Pierce, appeals to the United States Court of Appeals for the Second Circuit from the Judgment of the District Court of the Eastern District of New York, dated May 16, 2018 (entered May 22, 2019). This final judgment brings up on review part of the judgment, i.e., Memorandum Decision and Order of Judge Brian M. Cogan dated December 11, 2017. This order that vacated the jury verdict in favor of plaintiff granted a new trial for defendant Belardo under F. Rule Civ. Pro. 59; dismissed defendant Mercado from the action under F.R.C.P. 50; and held that other pending motions were moot and therefore denied them. The jury's dismissal of the claims against Ivan Taqi are not part of this appeal.

| Dated: | New York, New York<br>24 May 2019 | Dated: | Glendale, New York<br>24 May 2019 |
|---|---|---|---|
| | _[signature]_<br>GREGORY ANTOLLINO<br>Antollino, PLLC<br>275 Seventh Avenue, Seventh Floor<br>New York, NY 10001<br>(212) 334-7397<br>gantollino@nyc.rr.com | | /s/<br>DANIELA NANAU<br>Daniela Nanau, P.C.<br>89-03 Rutledge Ave<br>Glendale, NY 11385<br>Phone: (888) 404-4975<br>dn@danielananau.com |