UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
LERIN PIERCE,

                Plaintiff-Appellant,

      vs.

CITY OF NEW YORK, IVAN MERCADO
AND SONIA BELARDO,

                Defendants-Appellees,

            and IVAN TAQI,

                Defendant.
\
-----------------------------------------------------------

AMENDED
NOTICE OF APPEAL

16-5703 (RJB)

        NOTICE IF GIVEN that Plaintiff, Lerin Pierce, appeals to the United States Court of Appeals for the Second Circuit from the Judgment of the District Court of the Eastern District of New York, dated May16, 2018 (entered May 22, 2019). This final judgment brings up on review part of the judgment, i.e., Memorandum Decision and Order of Judge Brian M. Cogan dated December 11, 2017. This order that vacated the jury verdict in favor of plaintiff granted a new trial for defendant Belardo under Fed. R.Civ. Pro. 59; dismissed defendant Mercado from the action under Fed. R. Civ. Pro. 50; and held that other pending motions were moot and denied them as such. The jury's dismissal of the claims against Ivan Taqi are not part of this appeal.

        Plaintiff conditonally appeals such part of the proceedings below by, (1) Judge Brian M. Cogan's ruling that denied plaintiff's use of treating physicians to testify as expert witnesses under Fed. R. Civ. Pro. 26(a)(2)(B); and (2) Judge Raymond J. Dearie's denying plaintiff's request to instruct the jury under a recklessness standard as had been allowed in the first trial,

1

and despite Judge Raymond J. Dearie's holding – over plaintiff's objection – that all of the rulings in the first trial would be the same in the second trial.

If the first paragraph of this notice is not reversed, plaintiff asks for a new trial based on the asserted errors in the second paragraph.

| Dated: | New York, New York<br>28 May 2019 | Dated: | Glendale, New York<br>28 May 2019 |
|---|---|---|---|

*Greg S. Antollino*
GREGORY ANTOLLINO
Antollino, PLLC
275 Seventh Avenue, Seventh Floor
New York, NY 10001
(212) 334-7397
gantollino@nyc.rr.com

*Daniela Nanau*
DANIELA NANAU
Daniela Nanau, P.C.
89-03 Rutledge Ave
Glendale, NY 11385
Phone: (888) 404-4975
dn@danielananau.com

New York, NY 10001
(212 334-7397
gantollino@nyc.rr.com