UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LERIN PIERCE,

                                                        Plaintiff,

-against-

POLICE OFFICER SONIA BELARDO,

                                                        Defendant.

------------------------------------------------------------------- x

**NOTICE OF APPLICATION FOR COSTS SOUGHT <u>AGAINST PLAINTIFF</u>**

16-cv-5703 (RJD) (RLM)

        **PLEASE TAKE NOTICE** that, upon the Defendant's Bill of Costs, the Declaration of Valerie Smith dated July 9, 2020 and the exhibits annexed thereto, and all other pleadings and proceedings had herein, the Defendant will move this Court before the Judgment Clerk, at the United States Courthouse for the United States for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201 on July 24, 2020 at 10:00A.M. or, as soon thereafter, as counsel may be heard at a time and date to be determined as convenient by the Court for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and 28 U.S.C. §§ 1920 and 1923 granting fees and costs sought by the Defendant and granting such other and further relief as this Court deems just and proper.

Date:  New York, New York
         July 9, 2020

                                              ZACHARY W. CARTER
                                              Corporation Counsel of the City of New York
                                                *Attorney for Defendant*
                                              100 Church Street
                                              New York, New York 10007
                                              Tel.: (212) 356-2398

                                       By:    *Valerie Smith*    /s/
                                                       Valerie Smith
                                                       *Senior Counsel*
                                                        *Special Federal Litigation Division*

TO: <u>VIA ECF</u>
Daniela Elizabeth Nanau, Esq.
Law Office of Daniela Nanau, P.C.
89-03 Rutledge Avenue
Glendale, NY 11385
Tel.:  (888) 404-4975
Fax:  (718) 998-6916
Email: dn@danielananau.com

Gregory S. Antollino, Esq.
Gregory Antollino, Attorney at Law
275 Seventh Ave, Suite 705
New York, NY 10001
Tel.:  (212)334-7397
Fax:  (212)334-7399
Email: gantollino@nyc.rr.com
*Attorneys for Plaintiff*

16-CV-5703 (RJD)(RLM)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LERIN PIERCE,

                                                                       Plaintiff,

-against-

POLICE OFFICER SONIA BELARDO,

                                                                       Defendant.

**NOTICE OF APPLICATION FOR COSTS AGAINST PLAINTIFF, BILL OF COSTS, DECLARATION IN SUPPORT OF DEFENDANT'S APPLICATION FOR COSTS AGAINST PLAINTIFF AND ANNEXED EXHIBITS**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street*
*New York, N.Y.  10007*

*Of Counsel:  Valerie Smith*
*Tel:  (212) 356-2398*
*NYCLIS No.  2016-040170*

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................................................................, 20..*

*............................................................................................................. Esq.*

*Attorney for ........................................................................................*